KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

FILED
08 FEB -5 AM 11:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS,<br><br>Defendants. | NO. '08 CV 0221 JH LSP<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION |

The United States of America, by and through U.S. Customs and Border Protection ("CBP"), by its attorneys Karen P. Hewitt, United States Attorney, and Christopher B. Latham, Assistant U.S. Attorney, hereby respectfully notices the removal of the above-captioned civil action from the Superior Court of California, County of San Diego. Removal is noticed on the following grounds:

1. An agency of the United States, CBP, is named as a defendant in the above-captioned case originally filed as Case No. 37-2007-00082645-CU-NP-CTL in the Superior Court of California, County of San Diego. The Summons and Complaint were served on CBP on January 11, 2008.

2. Removal of this case is appropriate under 28 U.S.C. sections 1441, 1442 and 1446 because an agency of the United States is a defendant in the action. Section 1442(a)(1) provides for removal in cases commenced in a state court against the United States, its agencies and officers. Accordingly, this suit is properly subject to removal, without bond, under 28 U.S.C. section 1442(a)(1). This is so because the action to be removed is pending in a state court located within this judicial district.

ORIGINAL

CR

3. As a further basis for removal, it also is anticipated that the United States may raise several defenses to the Complaint, including but not limited to, the following: (1) the United States' sovereign immunity as to certain claims; and (2) the failure of Plaintiff to exhaust his administrative remedies.

4. Copies of the Plaintiff's original Summons and Complaint served on CBP are attached as Exhibit 1 in compliance with the provisions of 28 U.S.C. section 1446(a).

**WHEREFORE**, this action now pending in the Superior Court of California, County of San Diego, is hereby properly removed therefrom to this Court

Dated: February 5, 2008

KAREN P. HEWITT
United States Attorney

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

# EXHIBIT 1

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: San Diego Police Dept.,
(AVISO AL DEMANDADO): Port of San Diego

YOU ARE BEING SUED BY PLAINTIFF: Alvin Hennington Jr.
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

**FOR COURT USE ONLY**
***(SOLO PARA USO DE LA CORTE)***

FILED
CIVIL BUSINESS OFFICE
CENTRAL DIVISION
2007 DEC -6 PM 4:52
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: *(Número del Caso)* **37-2007-00082645-CU-NP-CTL**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
- ☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

The name, address, bar #, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alvin Hennington Jr.
5120 Clairemont Mesa Blvd Unit 4
San Diego Ca. 92117-1465

**CLERK OF THE SUPERIOR COURT**

DATE: *(Fecha)* Dec. 6-2007 Clerk, by *(Secretario)* CURRY, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

SUPERIOR COURT SAN DIEGO COUNTY, CA

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

**PLD-PI-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
ALvin Hennington JR.
5170 Clairmont Mesa BLVD unit 4
San Diego, Ca. 92117-1465
TELEPHONE NO: (858) 232-5006 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Inproper

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 9
CENTRAL DIVISION

2007 DEC 31 P 2:42

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **SUPERIOR COURT OF CALIFORNIA**
MAILING ADDRESS: **Civil Division**
CITY AND ZIP CODE: **330 W. Broadway**
**P.O. Box 120128**
**San Diego, CA 92112-0128**
BRANCH NAME:

PLAINTIFF: ALvin Hennington JR.

DEFENDANT: San Diego Police Department
Port of San Diego, U.S. customs

☑ DOES 1 TO 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☑ **AMENDED (*Number*):** 1 Am.

**Type (*check all that apply*):**

☐ **MOTOR VEHICLE** ☒ **OTHER (*specify*):** Slander, Harrassment Defamation, Intimidation

☐ **Property Damage** ☐ **Wrongful Death**

☑ **Personal Injury** ☐ **Other Damages (*specify*):**

**Jurisdiction (*check all that apply*):**

☐ **ACTION IS A LIMITED CIVIL CASE**

**Amount demanded** ☐ **does not exceed $10,000**

☐ **exceeds $10,000, but does not exceed $25,000**

☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**

☐ **ACTION IS RECLASSIFIED by this amended complaint**

☑ **from limited to unlimited**

☑ **from unlimited to limited**

CASE NUMBER:
37-2007-00082645-CU-MP-CTL

1. **Plaintiff** (*name or names*): ALvin Hennington JR.
alleges causes of action against **defendant** (*name or names*):
San Diego Police Department, Port of San Diego, U.S. Customs
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (*name*):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (*describe*):
      (3) ☐ a public entity (*describe*):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (*specify*):
      (5) ☐ other (*specify*):
   b. ☐ except plaintiff (*name*):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (*describe*):
      (3) ☐ a public entity (*describe*):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (*specify*):
      (5) ☐ other (*specify*):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Alvin Hennington JR. VS San Diego Police Department | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] except defendant *(name)*: San Diego Police Department
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [X] an unincorporated entity *(describe)*: San Diego Police Department (Law Enforcement)
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

b. [✓] except defendant *(name)*: U.S. Customs
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [✓] an unincorporated entity *(describe)*: U.S. Customs (Law Enforcement)
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

c. [X] except defendant *(name)*: Port of San Diego
   (1) [✓] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

d. [ ] except defendant *(name)*:
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

[✓] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [ ] Doe defendants *(specify Doe numbers)*: ____________ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants *(specify Doe numbers)*: ____________ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [✓] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify)*:

9. [✓] Plaintiff is required to comply with a claims statute, and
   a. [✓] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Alvin Hennington JR. VS San Diego Police Department | CASE NUMBER: 37-2007-00082645-CU-NRC |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   - a. ☐ Motor Vehicle
   - b. ☑ General Negligence
   - c. ☐ Intentional Tort
   - d. ☐ Products Liability
   - e. ☐ Premises Liability
   - f. ☑ Other *(specify)*: Defamation of character, Slander, Harrassment, mental anguish, Racial Profiling, Violation of ADult with Disabilities act. 29 and 701 NT, E on 13078, 13172

11. Plaintiff has suffered
   - a. ☒ wage loss
   - b. ☐ loss of use of property
   - c. ☐ hospital and medical expenses
   - d. ☒ general damage
   - e. ☒ property damage
   - f. ☒ loss of earning capacity
   - g. ☒ other damage *(specify)*: Punitive Damages, compensatory Damages

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. ☐ listed in Attachment 12.
   - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

yes

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) ☑ compensatory damages
   - (2) ☑ punitive damages

   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   - (1) ☐ according to proof
   - (2) ☑ in the amount of: $ 10,000,000.00 million Dollars

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*: 4

Date: Dec. 31-2007

Alvin Hennington JR.
(TYPE OR PRINT NAME)

▶ Alvin Hennington Jr.
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

SHORT TITLE: Alvin Hennington JR VS. S.D. Police Dept. | CASE NUMBER: 37-2007-00082645-CU-NP-CTL

Americans with Disabillities act. of 1990 (ADA) Short title, see 42 USCA §12101 note Pub.L. 101-336, July 26, 1990, 104 stat. 327 (29 §706; 42 §§12101, 12101 Note, 12102, 12111, 12111, note, 12112 to 12117, 12131, note, 12132 to 12134, 12141, 12141 note, 12142 to 12150, 12161, 12161 Note, 12162 to 12165, 12181, 12181 note, 12182 to 12189, 12201 to 12213; 47 §§152, 221, 225, 611) Pub.L. 102-166, title I §109(a), (b)(2), Title III §315, Nov. 21, 1991, 105 stat 1075 ADults with Disabilities 29 §701 NT; E on 13078 13172 Privacy Protection cival liberties Protection officer, 50 §403-3d. Privacy Protection act of 1980 42 USCA §200aa Note Pub.L.[illegible] 96-440, oct. 13, 1980, 94 Stat. 1879 (42 §2000aa, 2000aa-5 to 2000aa-7, 2000aa 11, 2000aa 12) Pub.L. 104-208, Div. A, Title I and 101(a) Title I, §121 subsection 6] Sept. 30, 1996, 110 Stat. 3009-30 [42 §2000aa] Postal Service [Title 39] Pub.L. 86-682 §1, Sept. 2, 1960, 74 stat. 578, as Revised and Reenacted by Pub.L. 91-375, §2, Aug. 12, 1970, 84 stat. 719 (39 and 101 et seq.] Process, interception of wire, oral or electronic comunications 50 and 1806 Racial ProFiling Highways and roads, Law enForcement; Prohibiting, Grants 23 §402 nt. (18 §245]

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*: 7 HAte Crime

This page may be used with any Judicial Council form or any other paper filed with the court.

Page ______

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 08 FEB -5 AM 11: 13 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

**I. (a) PLAINTIFFS**
ALVIN HENNINGTON, JR.

**(b)** County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A - Pro se
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117

**DEFENDANTS**
SAN DIEGO POLICE DEPARTMENT; PORT OF SAN DIEGO; U.S. CUSTOMS

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) '08 CV 0221 LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- ✕ 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
110 Insurance
120 Marine
130 Miller Act
140 Negotiable Instrument
150 Recovery of Overpayment & Enforcement of Judgment
151 Medicare Act
152 Recovery of Defaulted Student Loans (Excl. Veterans)
153 Recovery of Overpayment of Veteran's Benefits
160 Stockholders' Suits
190 Other Contract
195 Contract Product Liability
196 Franchise

**REAL PROPERTY**
210 Land Condemnation
220 Foreclosure
230 Rent Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**TORTS**

PERSONAL INJURY
310 Airplane
315 Airplane Product Liability
✕ 320 Assault, Libel & Slander
330 Federal Employers' Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury

PERSONAL INJURY
362 Personal Injury - Med. Malpractice
365 Personal Injury - Product Liability
368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**CIVIL RIGHTS**
441 Voting
442 Employment
443 Housing/ Accommodations
444 Welfare
445 Amer. w/Disabilities - Employment
446 Amer. w/Disabilities - Other
440 Other Civil Rights

**PRISONER PETITIONS**
510 Motions to Vacate Sentence
Habeas Corpus:
530 General
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**FORFEITURE/PENALTY**
610 Agriculture
620 Other Food & Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 R.R. & Truck
650 Airline Regs.
660 Occupational Safety/Health
690 Other

**LABOR**
710 Fair Labor Standards Act
720 Labor/Mgmt. Relations
730 Labor/Mgmt.Reporting & Disclosure Act
740 Railway Labor Act
790 Other Labor Litigation
791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
820 Copyrights
830 Patent
840 Trademark

**SOCIAL SECURITY**
861 HIA (1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g))
864 SSID Title XVI
865 RSI (405(g))

**FEDERAL TAX SUITS**
870 Taxes (U.S. Plaintiff or Defendant)
871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
400 State Reapportionment
410 Antitrust
430 Banks and Banking
450 Commerce
460 Deportation
470 Racketeer Influenced and Corrupt Organizations
480 Consumer Credit
490 Cable/Sat TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
890 Other Statutory Actions
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
895 Freedom of Information Act
900Appeal of Fee Determination Under Equal Access to Justice
950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- 1 Original Proceeding
- ☒ 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. 1442 and 1446

Brief description of cause:
Personal injuries from slander, harassment, defamation and racial profiling

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 10,000,000.

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ____ DOCKET NUMBER ____

DATE
2/5/08

SIGNATURE OF ATTORNEY OF RECORD
Christopher B. Latham

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____