KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
State of California Bar No. 160515
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

FILED
08 FEB -5 PM 4:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cf DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR., Plaintiff, v. SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS, Defendants. | Case No. 08cv0221-JAH (LSP) EX PARTE APPLICATION FOR AN ORDER ESTABLISHING TIME FOR UNITED STATES TO RESPOND TO COMPLAINT |

Pursuant to Fed. R. Civ. P. 6(b)(1), it is requested that the Court issue an order specifying the time for the United States, by and through U.S. Customs and Border Protection ("CBP"), to respond to the Complaint filed in this action, which was removed from state court on February 5, 2008.[1/] This action arises under the Federal Tort Claims Act, Title 28, U.S.C. §§ 1346(b), 2671, et. seq. Ordinarily, in an action originally filed in United States District Court against the United States or its agencies, the time for response by the United States is set forth in Fed R. Civ. P. 12(a). That rule affords "60 days after service upon the United States Attorney . . ." within which to respond to the complaint, as opposed to the 20 days generally afforded to non-federal defendants under the Rule.

After removal of a state court action to a district court, a defendant ordinarily need respond:

> [W]ithin 20 days after the receipt through service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within 20 days after the service of summons upon such initial pleading, then filed, or within 5 days after the filing of the petition for removal, which ever period is longest.

[1/] Such an order is authorized under Federal Rule of Civil Procedure 6(b)(1), which provides discretionary authority to enlarge time "with or without motion or notice. . . ." Authority to enlarge time naturally encompasses the power to designate the proper time for response to a complaint.

ORIGINAL

Fed. R. Civ. P. 81(c).

Rule 81(c) does not distinguish between cases brought against federal entities and those brought against non-federal defendants. Accordingly, in order to clarify the time to respond to the Plaintiff's Complaint, and to ensure that CBP and the United States will be able to utilize the 60 days provided by Rule 12 to prepare a response, it is requested that the Court issue an order establishing that CBP and the United States shall have 60 days from the date of removal to respond to Plaintiff's Complaint.

Dated: February 5, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America