KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

FILED
08 FEB -5 PM 4:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: / P DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALVIN HENNINGTON, JR.,

Plaintiff,

v.

SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS,

Defendants.

No. 08cv0221-JAH (LSP)

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Jaclyn R. Penley, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On February 5, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

**- Notice of Removal of a Civil Action**
**- Ex Parte Application for an Order Establishing Time for United States to Respond to Complaint**

addressed to:

Alvin Hennington, Jr.
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117

Ellen Gross Miles, Esq.
SD Unified Port District
3165 Pacific Hwy.
San Diego, CA 92101

ORIGINAL

City Clerk
City of San Diego
202 C Street, 2nd Floor
San Diego, CA 92101

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.

Jaclyn R. Penley