UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR., Plaintiff, v. SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS, Defendants. | Case No. 08cv0221-JAH (LSP) ORDER SETTING FORTH TIME FOR UNITED STATES TO RESPOND TO COMPLAINT |

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED** that the United States and U.S. Customs and Border Protection shall have sixty (60) days from the February 5, 2008 removal date of this action to respond to the Complaint.

DATED: February 7, 2008

JOHN A. HOUSTON
United States District Judge