JAH
08 CV 0221 LSP

FILED
2008 FEB -7 PM 5:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

United States District Court.

MAIL ADDRESS: 880 Front Street Room 4290 DATE Filed: Feb. 7, 2008
San Diego, Ca. 92101-8900

| | |
|---|---|
| Alvin Hennington<br><br>V. S.<br><br>San Diego Police Department | Request For Temporary Restraining Order of Protection |

[PAGE 1 of 4]

CR

United States District court
Southern District of California

Application For Right to Attach order, Temporary Protective order

Plantiff:
Alvin Hennington JR.

Defendant:
San Diego Police Department [Law Enforcement]

The Facts showing plaintiff is entitled to a Judgement on the Claim on Which the Attachment is Based are set Forth with Particularity in the
(a) Verified complaint cival case #GIC 873566 charges As Follows = Harrassment, Slander, Defamation complaint original Filing DAte: Oct. 6-2006 went into Default Nov. 2006 Since case went into Default more Harrassment, slander, Conflict of Interist, False Arrest, Violation of a court Injuction

torture, Invasion of Privacy, Entrapment, Malisious Prosecution, False Arrest, False emprisonment in a mental Institution in order to Blow Credibility and Get out of paying Lawsuit that has Been in Default since Nov. 2006. conspiracy, Deathreats, threats of Rape, Milisious Prosecution threats to Lock me up till I drop suit, Impersonating Federal officers psicological Torture, the installment of Cameras in Bathroom, installment of Microphones in Bathroom Ordered Residents of Clairmont not to talk or Have ANY Contact with ~~the~~ Plaintiff, Threatened to arrest people on charge of entefearing in Police investigation Installing Cameras in Plaintiffs Bedroom Falsifying Criminal Records Violation of ADults with Disabilitys

ACT: 29 §701 NT, Eo n 13078 §13172
violation Privacy Protection Civil Liberties;
Protection Officer, 50 §403-3d
Hate Crime, 18 §245

conspiracy: 18ussG §2X1.1

Torture 18 §2340A, ~~Video~~ AH. Video Voyeurism 18 §1801:

Plaintiff is informed AND Believes that the Following propery sought to be attached For which a method of Levy is provided is subject ~~to~~ Attachment Defendant is not ~~a~~ Natural Person Plaintiff prays Court Magistrate /court Judge orders Defendant to pay Full Default Amount of civil complaint CASE #37-2007-00082645-CU-NP-CTL Amount of 10,000,000.00 Ten Million Dollars Date of conflict of Interist Jan. 4, 2008 charge False Arrest, Entrapment, False Imprisonmement, Falsifying criminal Reports AND Records Date of Release Jan. 8, 2008 AH.

Alvin Hennington Jr