UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN HENNINGTON, JR.<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.08cv221 JAH (LSP)<br><br>**ORDER CONSTRUING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER [Doc. No. 4] AS A MOTION FOR DEFAULT JUDGMENT AND DENYING MOTION** |

On February 7, 2008, Plaintiff filed a document entitled "Temporary Restraining Order of Protection." Upon further review of the document, it is clear Plaintiff is not seeking a temporary restraining order. Based upon a liberal reading of Plaintiff's motion, it appears Plaintiff seeks default judgment against the defendants in the amount of ten million dollars.

The second page of the document is entitled "Application for Right to Attach Order, Temporary Protective Order and states "the facts showing plaintiff is entitled to a judgement on the claim on which the attachment is based are set forth with particularity in the [ ] verified complaint. . ." Doc. No. 4 at 2. He further states the action "went into default Nov. 2006." Id. Plaintiff then lists the acts for which he seeks relief in his complaint, including harassment, slander, defamation, torture, invasion of privacy, entrapment, malicious prosecution, false arrest and false imprisonment. Plaintiff further states "the following properly sought to be attached for which a method of levy is provided

is subject to attachment. . . and asks the Court to order "Defendant to pay full default amount of civil complaint. . . ten million dollars." Id. at 4.

Upon review of the docket in this matter, the Court finds Plaintiff failed to seek entry of default from the Clerk of Court pursuant to Federal Rule of Civil Procedure 55(a). Additionally, there is nothing demonstrating any party is in default. No proof of service of summons and complaint on the defendants has been filed and Defendant United States has sixty days from the February 2, 2008 removal date to file an answer. See Doc. No. 3.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's motion for temporary restraining order, construed as a motion for default judgment is **DENIED.**

DATED: February 13, 2008

JOHN A. HOUSTON
United States District Judge