**SAN DIEGO UNIFIED PORT DISTRICT**
**DUANE E. BENNETT, ESQ. (110202)**
**PORT ATTORNEY**
**WILLIAM D. McMINN, ESQ. (211002)**
**DEPUTY PORT ATTORNEY**
**P.O. Box 120488**
**San Diego, CA 92112-0488**
**Phone: (619) 686-6219**
**Fax: (619) 686-6444**

Attorney for Defendant,
SAN DIEGO UNIFIED PORT DISTRICT, erroneously sued herein as PORT OF SAN DIEGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN HENNINGTON, JR.,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO, and U.S. CUSTOMS,<br><br>Defendants. | Case No. 08 CV 0221 JAH (LSP)<br><br>**DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT'S NOTICE OF RECEIPT OF DISMISSAL** |

Defendant, San Diego Unified Port District (Port District), respectfully requests the Court take notice of a Dismissal served by plaintiff on the Port District in the underlying Superior Court case (Case No. 37-2007-00082645-CU-NP-CTL). Attached as Exhibit 1 is a document entitled Request for Dismissal, dismissing only the Port of San Diego with

/ / /

/ / /

prejudice, signed by plaintiff, Alvin Hennington, Jr., on January 25, 2008, and personally served on the Port District on February 13, 2008. It does not appear that this Dismissal has been transferred over to the district court file.

Respectfully submitted,

Dated: February 21, 2008

SAN DIEGO UNIFIED PORT DISTRICT
DUANE E. BENNETT
PORT ATTORNEY

By: s/ William D. McMinn

WILLIAM D. McMINN
Deputy Port Attorney
Attorneys for Defendant
SAN DIEGO UNIFIED PORT DISTRICT
bmcminn@portofsandiego.org

EXHIBIT 1

**CIV-110**

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name and Address*): TELEPHONE NO.: (858)495-0695
ALvin Hennington JR.
5170 Clairmont mesa BLVD unit4
San Diego, Ca. 92117-1465

ATTORNEY FOR (*Name*): Inproper

Insert name of court and name of judicial district and branch court, if any: Superior court of california. Hall of Justice 330 W. Broadway San Diego Ca. 92101-3827

PLAINTIFF/PETITIONER: ALvin Hennington JR.

DEFENDANT/ RESPONDENT: Port of San Diego

*FOR COURT USE ONLY*

RECEIVED
FEB 13 2008
SAN DIEGO UNIFIED PORT DISTRICT PORT ATTORNEY
Hand-del. - by Sheriff/Marshall CLB

**REQUEST FOR DISMISSAL**

☑ **Personal Injury, Property Damage, or Wrongful Death**
☐ **Motor Vehicle** ☐ **Other**
☐ **Family Law**
☐ **Eminent Domain**
☐ **Other (*specify*) :**

CASE NUMBER: ~~[illegible]~~ AH. 37-2007-00082645-CU-NP-CTL

**- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☑ With prejudice (2) ☐ Without prejudice
   b. (1) ☐ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (*name*): on (*date*):
   (4) ☐ Cross-complaint filed by (*name*): on (*date*):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☑ Other (*specify*):* Dismiss ~~only the~~ Port of San Diego with Prejudice

Date: 4th Jan. 25, 2008

ALvin Hennington JR.
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☑ PARTY WITHOUT ATTORNEY)

▶ Alvin Hennington
(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶
(SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross - complainant

(*To be completed by clerk*)
3. ☐ Dismissal entered as requested on (*date*):
4. ☐ Dismissal entered on (*date*): as to only (*name*):
5. ☐ Dismissal **not entered** as requested for the following reasons (*specify*):

6. ☐ a. Attorney or party without attorney notified on (*date*):
   b. Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to conformed ☐ means to return conformed copy

Date: Clerk, by ____________________, Deputy



Form Adopted for Mandatory use
Judicial Council of California
CIV-110-JCC [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

***Hennington v. San Diego Police Department, et al.***
**Case No. 08 CV 0221 JAH (LSP)**

**CERTIFICATE OF SERVICE**

The following document(s) are associated with this transaction:

**DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT'S NOTICE OF RECEIPT OF DISMISSAL**

**Notice will be electronically mailed to:**

Christopher B Latham
United States Attorney's Office
880 Front Street
Suite 6293
San Diego, CA 92101
(619)557-7147
Fax: (619)557-7122
Email: Christopher.Latham@usdoj.gov

**Notice will be delivered by other means to:**

Alvin Hennington, Jr.
5170 Clairmont Mesa Blvd., Unit 4
San Diego, CA 92117
(858) 232-5006
Plaintiff In Pro Per

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2008, at San Diego, California.

By: s/William D. McMinn
E-mail: wmcminn@portofsandiego.org