**SAN DIEGO UNIFIED PORT DISTRICT**
**DUANE E. BENNETT, ESQ. (110202)**
**PORT ATTORNEY**
**WILLIAM D. McMINN, ESQ. (211002)**
**DEPUTY PORT ATTORNEY**
**P.O. Box 120488**
**San Diego, CA 92112-0488**
**Phone: (619) 686-6219**
**Fax: (619) 686-6444**

Attorney for Defendant,
SAN DIEGO UNIFIED PORT DISTRICT, erroneously sued herein as PORT OF SAN DIEGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN HENNINGTON, JR.,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO, and U.S. CUSTOMS,<br><br>Defendants. | Case No. 08 CV 0221 JAH (LSP)<br><br>**DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12 (b)(6)]**<br><br>DATE: April 3, 2008<br>TIME: 8:30 a.m.<br>COURTROOM: G<br>HONORABLE: LEO S. PAPAS<br><br>**NO APPEARANCES** |

**TO PLAINTIFF AND/OR HIS ATTORNEY OF RECORD IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED** that on April 3, 2008, at 8:30 a.m. or as soon thereafter as the matter may be heard, in courtroom G of the above-entitled court, the defendant, San Diego Unified Port District (District), will move for an order to dismiss the complaint in the above-entitled action. Per the Court, there will be no appearances for this motion. This

/ / /

motion is made upon the grounds that the complaint fails to state a claim upon which relief can be granted.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, any exhibits thereto, and upon such matters as may be presented at the hearing on this motion.

Respectfully submitted,

Dated: February 21, 2008

SAN DIEGO UNIFIED PORT DISTRICT
DUANE E. BENNETT
PORT ATTORNEY

By: s/ William D. McMinn

WILLIAM D. McMINN
Deputy Port Attorney
Attorneys for Defendant
SAN DIEGO UNIFIED PORT DISTRICT
bmcminn@portofsandiego.org