UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR.<br>Plaintiff,<br>v.<br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br>Defendants. | Civil No.08cv0221 JAH (LSP)<br>**ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AND SETTING HEARING DATE** |

The pending action seeking relief against the San Diego Police Department, Port of San Diego and United States Customs for slander, harassment, defamation, and intimidation was originally filed in superior court. Defendant United States removed the action to the District Court on February 5, 2008. On February 21, 2008, Defendant Port of San Diego filed a notice of receipt of dismissal and a motion to dismiss set before Magistrate Judge Papas.

This Court has reviewed the notice of receipt of dismissal and the attached request for dismissal received by the San Diego Unified Port District on February 13, 2008. The document is a form request for dismissal used in California State courts apparently filled out by and signed by the plaintiff, Alvin Hennington on January 25, 2008. It seeks to dismiss the Port of San Diego with prejudice. There is, however, no evidence that Plaintiff filed this document. It is neither stamped filed nor a part of the court record. Without evidence this document was filed, the Court is unable to act upon the request. The Court

further finds the motion to dismiss currently scheduled to be heard by Judge Papas[1] should be heard by this Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. If Plaintiff wishes to voluntarily dismiss the Port of San Diego or have the Court act upon his previously filed request to dismiss the Port of San Diego, he should either file a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41 with this Court or file proof the request for dismissal signed by Plaintiff on January 25, 2008, was filed in the Superior Court.
2. The hearing on Defendant's motion to dismiss set for April 3, 2008 is **VACATED**. The motion shall be heard before this Court on **April 7, 2008 at 2:30 p.m.**

DATED: February 22, 2008

JOHN A. HOUSTON
United States District Judge

[1]Defendant was mistakenly instructed to obtain a hearing date from Judge Papas.