KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Email: Christopher.Latham@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN HENNINGTON, JR., Plaintiff, v. SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS, Defendants. | ) | Case No. 08cv0221 JAH (LSP)<br>FEDERAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS<br>DATE: May 19, 2008<br>TIME: 2:30 p.m.<br>CTRM: 11<br>JUDGE: Hon. John A. Houston<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO: PLAINTIFF, ALVIN HENNINGTON, JR.

PLEASE TAKE NOTICE that on Monday, May 19, 2008 at 2:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John A. Houston, the United States of America, through its attorneys of record, Karen P. Hewitt, United States Attorney, and Christopher B. Latham, Assistant United States Attorney, will bring on its Motion to Dismiss pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based upon the accompanying memorandum of points and authorities, and the files and records of this case.

DATED: April 4, 2008

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for the Federal Defendant