UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN HENNINGTON, JR., Plaintiff, v. SAN DIEGO POLICE DEPARTMENT, PORT OF SAN DIEGO and U.S. CUSTOMS, Defendants. | ) | Case No. 08cv0221 JAH (LSP) CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

I have caused service of the following documents in this above-captioned action as indicated below:

- Federal Defendant's Notice of Motion and Motion to Dismiss
- Memorandum of Points and Authorities in Support of Federal Defendant's Motion to Dismiss

I hereby certify that I have caused service of the foregoing on the following parties by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

<u>Name</u> (If none, enter "None" below)

William D. McMinn, Esq., Law Offices of William D. McMinn
bmcminn@portofsandiego.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

<u>Name</u> (If none, enter "None" below)

Alvin Hennington, Jr.
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117-1465

the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008.

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM