UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR.,<br>Plaintiff,<br>v.<br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br>Defendants. | Civil No.08cv0221 JAH (LSP)<br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** the hearing on Defendant United States Customs motion to dismiss (Doc. No. 10) is **VACATED**. The motion is taken under submission without oral argument. See CivLR 7.1(d)(1).

DATED: May 12, 2008

JOHN A. HOUSTON
United States District Judge